# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
  NORFOLK DIVISION

## Monday, July 7, 2014

**MINUTES OF PROCEEDINGS** IN     Open Court
**PRESENT**: THE HONORABLE     Robert G. Doumar, Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:    Austin Smith                                                             Reporter:   Heidi Jeffreys, OCR

| Set:   2:30 p.m. | Started:   2:30 p.m. | Ended:   4:50 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:14cv187 |
| |
| Hill-Rom Company, Inc., Hill-Rom Services, Inc., Hill-Rom Manufacturing, Inc.<br><br>               v.<br><br>               General Electric Company |
| |
| Appearances:    Stacie R. Hartman, Stephen M. Hankins and Stephen E. Noona for the Plaintiffs.    Robert M. Tata, Brian E. Ferguson, David J. Lender and Robert T. Vlasis, III for the Defendant. |
| |
| Hearing held re [8] Motion for Preliminary Injunction.    Both sides presented their arguments via slide show presentation.    Court directed plaintiff to provide contracts to Court w/in 7 days of today's date.    Parties to submit three names of experts directly to the Court w/in 3 days of today's date.    Markman Hearing set for 8/6/14 at 10:00 a.m.    Claim construction briefs are due simultaneously by 7/24/14 at 12:00 noon.    The parties may file one reply each, no more than 10 pages, by 7/31/14 at 12:00 noon.    Court GRANTS the Motion for a Preliminary Injunction and will issue an order.    Court adjourned. |
| Exhibits:    Pltf. 1 – Hill-Rom Powerpoint Slides<br>             Deft. 1 – General Electric Powerpoint Slides<br>             Deft. 2 – Applonie Patent |
| |

Total Hours:   _____