## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| HILL-ROM COMPANY, INC.,<br>HILL-ROM SERVICES, INC., and<br>HILL-ROM MANUFACTURING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:14-CV-187-RGD-LRL |

### JOINT NOTICE THAT THE PARTIES WILL NOT CALL EXPERTS
### TO TESTIFY AT THE *MARKMAN* HEARING

Pursuant to the Court's instruction at the hearing held on July 7, 2014, Plaintiffs Hill-Rom Company, Inc., Hill-Rom Services, Inc., and Hill-Rom Manufacturing, Inc. and Defendant General Electric Company hereby notify the Court that the parties have met and conferred and agree that they will not call experts to testify at the August 6 *Markman* hearing.

DATED: July 11, 2014        Respectfully submitted,

By: */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Lauren Tallent Rogers
Virginia State Bar No. 82711
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: 757-624-3000
Facsimile: 757-624-3169
senoona@kaufcan.com
ltrogers@kaufcan.com

J. Michael Showalter
Virginia State Bar No. 72272

By: */s/ Robert M. Tata*
Robert M. Tata (VSB #30101)
Wendy C. McGraw (VSB #37880)
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, VA 23510
(757) 640-5300
(757) 625-7720 *fax*
btata@hunton.com
wmcgraw@hunton.com

Brian E. Ferguson (*pro hac vice*)
Robert T. Vlasis III (*pro hac vice*)
Stephen Bosco (VSB #86129)
Weil, Gotshal & Manges, LLP

Stacie R. Hartman (*pro hac vice*)
A. Taylor Corbitt (*pro hac vice*)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: 312-258-5500
Facsimile: 312-258-5600
shartman@schiffhardin.com

Stephen M. Hankins (*pro hac vice*)
SCHIFF HARDIN, LLP
One Market Spear Street Tower, Thirty-
Second Floor
San Francisco, CA 94105
Telephone: 415-901-8700
Facsimile: 415-901-8701
shankins@schiffhardin.com

*Attorneys for Plaintiffs Hill-Rom Company,
Inc., Hill-Rom Services, Inc. and Hill-Rom
Manufacturing, Inc.*

1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
brian.ferguson@weil.com
robert.vlasis@weil.com
stephen.bosco@weil.com

David J. Lender (*pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com

*Attorneys for Defendant General Electric Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen E. Noona, Esq.
Lauren Tallent Rogers, Esq.
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
senoona@kaufcan.com
ltrogers@kaufcan.com

J. Michael Showalter, Esq.
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL  60606
mshowalter@schiffhardin.com

Stacie R. Hartman, Esq. *(pro hac vice)*
A. Taylor Corbitt, Esq. *(pro hac vice)*
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL  60606
shartman@schiffhardin.com
tcorbitt@schiffhardin.com

Stephen M. Haskins, Esq. *(pro hac vice)*
SCHIFF HARDIN, LLP
One Market
Spear Street Tower, Thirty-Second Floor
San Francisco, CA  94105
shankins@schiffhardin.com

Samuel D. Almon, Esq. *(pro hac vice)*
SCHIFF HARDIN, LLP
One Atlantic Center, Suite 2300
1201 West Peachtree Street
Atlanta, GA  30309
salmon@schiffhardin.com

*Attorneys for Plaintiffs Hill-Rom Company, Inc.*
*Hill-Rom Services, Inc. and Hill-Rom Manufacturing, Inc.*

/s/ Robert M. Tata
Robert M. Tata (VSB #30101)
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, VA  23510
(757) 640-5300
(757) 625-7720 *fax*
btata@hunton.com

*Attorneys for General Electric Company*