**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| HILL-ROM COMPANY, INC., )<br>HILL-ROM SERVICES, INC., and )<br>HILL-ROM MANUFACTURING, INC. )<br>)<br>     Plaintiffs, )<br>  v. )<br>)<br>GENERAL ELECTRIC COMPANY, )<br>)<br>     Defendant. )<br>_____) | Case No. 2:14-cv-187 |

**NOTICE OF FILING OF LICENSE INFORMATION**

The Plaintiffs Hill-Rom Company, Inc., Hill-Rom Services, Inc., and Hill-Rom Manufacturing, Inc. (collectively, "Hill-Rom"), by counsel, pursuant to this Court's July 7, 2014 Order, attaches the Declaration of Robert L. Macklin ("Macklin Declaration") to provide certain information regarding how Hill-Rom files tax returns and the nature of certain licenses held between the companies. The Macklin Declaration is attached hereto as **Exhibit 1**.

Dated: July 14, 2014                                  Respectfully submitted,

                                                                 */s/ Stephen E. Noona*
                                                                 Stephen E. Noona
                                                                 Virginia State Bar No. 25367
                                                                 Lauren Tallent Rogers
                                                                 Virginia State Bar No. 82711
                                                                 KAUFMAN & CANOLES, P.C.
                                                                 150 West Main Street, Suite 2100
                                                                 Norfolk, Virginia 23510
                                                                 Telephone: 757-624-3000
                                                                 Facsimile: 757-624-3169
                                                                 senoona@kaufcan.com
                                                                 ltrogers@kaufcan.com

                                                                 J. Michael Showalter
                                                                 Virginia State Bar No. 72272
                                                                 Stacie R. Hartman (*pro hac vice*)

A. Taylor Corbitt (*pro hac vice*)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:  312-258-5500
Facsimile:  312-258-5600
shartman@schiffhardin.com

Stephen M. Hankins (*pro hac vice*)
SCHIFF HARDIN, LLP
One Market
Spear Street Tower, Thirty-Second Floor
San Francisco, CA  94105
Telephone:  415-901-8700
Facsimile:  415-901-8701
shankins@schifflardin.com

Samuel D. Almon (*pro hac vice*)
SCHIFF HARDIN, LLP
One Atlantic Center, Suite 2300
1201 West Peachtree Street
Atlanta, GA  30309
Telephone:  404-437-7000
Facsimile:  404-437-7100
salmon@schiffhardin.com

*Attorneys for Plaintiffs Hill-Rom Company, Inc., Hill-Rom Services, Inc. and Hill-Rom Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Robert M. Tata
>Virginia State Bar No. 30101
>Wendy C. McGraw
>Virginia State Bar No. 37880
>Sonja Garrelts
>Virginia State Bar No. 83226
>HUNTON & WILLIAMS LLP
>500 E. Main Street, Suite 1000
>Norfolk, VA  23510
>Telephone:  757-640-5300
>Facsimile:  757-625-7720
>btata@hunton.com
>wmcgraw@hunton.com
>sgarrelts@hunton.com
>
>David J. Lender *(pro hac vice)*
>WEIL GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, NY  10153-0119
>Telephone:  212-310-8153
>Facsimile:  212-833-3035
>David.lender@weil.com
>
>Brian E. Ferguson *(pro hac vice)*
>Robert T. Vlasis, III *(pro hac vice)*
>Stephen P. Bosco
>Virginia State Bar No. 86129
>WEIL GOTSHAL & MANGES LLP
>1300 Eye Street, N.W., Suite 900
>Washington,  DC  20005
>Telephone:  202-682-7000
>Facsimile:  202-857-0940
>Brian.ferguson@weil.com
>Robert.vlasis@weil.com
>Stephen.bosco@weil.com
>
>*Counsel for Defendant General Electric Company*

        */s/ Stephen E. Noona*
        Stephen E. Noona
        Virginia State Bar No. 25367
        KAUFMAN & CANOLES, P.C.
        150 West Main Street, Suite 2100
        Norfolk, Virginia 23510
        Telephone: 757-624-3000
        Facsimile: 757-624-3169
        senoona@kaufcan.com