IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
AUG 19 2014
CLERK, US DISTRICT COURT
NORFOLK, VA

HILL-ROM SERVICES, INC. )
)
      Plaintiffs, )
)
v. )
) Case No. 2:14-cv-00187-RGD-LRL
GENERAL ELECTRIC COMPANY, )
)
      Defendant. )
)

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL

On this day, came the parties, by counsel, pursuant to Rule 41(a) and their joint motion to dismiss this matter based upon a settlement and stipulated that: (1) all claims brought by the Plaintiff are dismissed with prejudice; and (2) all defenses and counterclaims brought by the Defendant are dismissed with prejudice. The parties further stipulate that each party shall bear its own costs, including attorneys' fees.

**SO STIPULATED:**

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Lauren Tallent Rogers
Virginia State Bar No. 82711
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: 757-624-3000
Facsimile: 757-624-3169
senoona@kaufcan.com

J. Michael Showalter
Virginia State Bar No. 72272
Stacie R. Hartman (*pro hac vice*)
A. Taylor Corbitt (*pro hac vice*)
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606

/s/ Robert M. Tata
Robert M. Tata
Virginia State Bar No. 30101
Wendy C. McGraw
Virginia State Bar No. 37880
Sonja Garrelts
Virginia State Bar No. 83226
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, VA 23510
Telephone: 757-640-5300
Facsimile: 757-625-7720
btata@hunton.com
wmcgraw@hunton.com
sgarrelts@hunton.com

David J. Lender (*pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue

Telephone: 312-258-5500
Facsimile: 312-258-5600
shartman@schiffhardin.com

Stephen M. Hankins (*pro hac vice*)
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Thirty-Second Floor
San Francisco, CA 94105
Telephone: 415-901-8700
Facsimile: 415-901-8701
shankins@schiffhardin.com

*Attorneys for Plaintiff Hill-Rom Services, Inc.*

New York, NY 10153-0119
Telephone: 212-310-8153
Facsimile: 212-833-3035
David.lender@weil.com

Brian E. Ferguson (*pro hac vice*)
Robert T. Vlasis, III (*pro hac vice*)
Stephen P. Bosco
Virginia State Bar No. 86129
WEIL GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: 202-682-7000
Facsimile: 202-857-0940
Brian.ferguson@weil.com
Robert.vlasis@weil.com
Stephen.bosco@weil.com

*Counsel for Defendant General Electric Company*

SO ORDERED:

August 19, 2014

/s/
Hon. Robert G. Doumar, Senior Judge
United States District Judge